UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| VANESSA E. HOLLEY, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY<br><br>　　Defendant. | Case No. 2:24-cv-01624 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Vanessa E. Holley ("Plaintiff") and COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY ("Defendant") have reached a settlement. The Parties will need 45 days to consummate the settlement and respectfully request that the Court stay all proceedings and strike all pending deadlines.

Dated: January 30, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander J. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　Alexander J. Taylor
　　　　　　　　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP, LTD.
　　　　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　　　　(630) 575-8181
　　　　　　　　　　　　　　　　　　　　　　　ataylor@sulaimanlaw.com