UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| VANESSA E. HOLLEY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY<br><br>    Defendant. | Case No. 2:24-cv-01624 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Vanessa E. Holley ("Plaintiff") and COLLECTION MANAGEMENT COMPANY d/b/a CREDIT MANAGEMENT COMPANY ("Defendant") have reached a settlement. The Parties will need 45 days to consummate the settlement and respectfully request that the Court stay all proceedings and strike all pending deadlines.

Dated: February 4, 2025                    Respectfully submitted,

                                           */s/ Alexander J. Taylor*
                                           Alexander J. Taylor #334798
                                           SULAIMAN LAW GROUP, LTD.
                                           2500 South Highland Avenue
                                           Suite 200
                                           Lombard, Illinois 60148
                                           (630) 575-8181
                                           ataylor@sulaimanlaw.com